UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 3:23-cv-00537-JHM-LLK

**DARRELL BROWN**  **PETITIONER**

**v.**

**CRAIG HUGHES, Warden**  **RESPONDENT**

## JUDGMENT

In accordance with the Order of the Court entered this date, it is hereby ORDERED AND ADJUDGED as follows:

(1) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE, and judgment is entered in favor of Respondent.

(2) This is a FINAL judgment there being no just reason for delay in its entry, and the matter is STRICKEN from the active docket of the Court.

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Counsel of Record
Darrell Brown, pro se

May 6, 2024